UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00384-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICHOLAS NORWOOD,

        Defendant.

_____

**ORDER RESETTING HEARING**
_____

        The change of plea hearing currently set for Monday, January 30, 2006 is **RESET** from 11:30 a.m. to **10:45 a.m**.

        Dated this 27th day of January, 2006

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge